## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    **BANKRUPTCY PROCEEDING**

**JON CHRISTOPHER EVANS**                        **CASE NO. 09-03763 NPO**

**JOINTLY ADMINISTERED WITH RELATED CASES**

---

## TRUSTEE'S MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS, INTEREST, ENCUMBRANCES AND CLAIMS - TRACT 3A

---

COMES NOW Derek A. Henderson, Trustee in the above-referenced bankruptcy cases, and files this his Motion to Sell Assets Free and Clear of Liens, Interests, Encumbrances and Claims - Tract 3A, and in support thereof would show unto the Court the following:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157 and 11 U.S.C. §363. This matter is a core proceeding.

2.

On October 26, 2009, Jon Christopher Evans filed his petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Mississippi (Case No. 09-03763 NPO). Derek A. Henderson was appointed the Chapter 7 Trustee.

3.

Between October 26, 2009 and January 14, 2010, other related debtors filed Chapter 7 petitions. On December 21, 2009 an Order Granting Motion for Joint Administration was entered (Docket No. 161). On February 8, 2010, a Second Order Granting Motion for Joint Administration was entered (Docket No. 298). On April 6, 2010, a Third Order Granting Motion for Joint Administration was entered (Docket No. 513). These related jointly administered debtors include the following:

| | |
|---|---|
| Colony Developers, Inc. | 09-04016 NPO |
| Highland of Ridgeland, Inc. | 09-04017 NPO |
| Twin City Commons Development Company, LLC | 09-04091 NPO |
| Old Agency Business Park, Inc. | 09-04101 NPO |
| Cedar Lake Investors, LLC | 09-04102 NPO |
| Colony Construction Ltd. | 09-04104 NPO |
| Town Park of Madison, LLC | 09-04105 NPO |
| Madison Avenue Development Co., LLC | 09-04109 NPO |
| White Oak Investment Company | 09-04118 NPO |
| Woodgreen Development Corporation | 09-04120 NPO |
| Nottaway Pointe, LLC | 09-04124 NPO |
| Ridgeland Recreational Corp. | 09-04125 NPO |
| Hanover Investments, LLC | 09-04126 NPO |
| Highland of Madison Development, Inc. | 09-04214 NPO |
| Highland Colony Group, LLC | 09-04215 NPO |
| Paloma Ridge, LLC | 09-04216 NPO |
| Riverbend Group, LLC | 09-04217 NPO |
| Sawbridge Development, LLC | 09-04218 NPO |
| Westfield Way, LLC | 09-04219 NPO |
| JCE Construction | 09-04369 NPO |
| CE Development, Inc. | 09-04396 NPO |
| Oakmont Mill, LLC | 09-04398 NPO |
| Snowden Lane Investments, LLC | 09-04488 NPO |
| C&L, Inc. | 09-04489 NPO |
| Canton Oaks Investment & Redevelopment Company, LLC | 09-04490 NPO |
| Westwood Investments, LLC | 09-04491 NPO |
| Twinbrook Run Development Company, LLC | 09-04492 NPO |
| Brashear Heath, LLC | 09-04494 NPO |
| 463 Development Company, LLC | 09-04505 NPO |
| Park Place Commons, LLC | 09-04508 NPO |
| Parkway Crossing, LLC | 09-04510 NPO |
| Marner Park, LLC | 09-04511 NPO |
| Greenwood Place, LLC | 10-00117 NPO |
| Lake Harbor Development Company, LLC | 10-00118 NPO |
| Windsor Pass, LLC | 10-00120 NPO |
| Clear Creek Development | 10-00121 NPO |
| Brisbane Centre, LLC | 10-00122 NPO |
| Landsdowne Group, LLC | 10-00123 NPO |
| Snowden Grove Investors, LLC | 10-00124 NPO |

(Collectively referred to as "Related Cases")

4.

On May 21, 2010, the Order entered its Order Granting Motion to Approve Title Resolution

Agreement, Including (i) Conditional Sale of Property Free and Clear of Liens, Interests,

Encumbrances and Claims, (ii) Recognition of Equitable Liens, (iii) Certain Distributions in Respect

of Certain Unsecured Claims, (iv) Resolution of Certain Litigation, and (v) Other Relief (Docket No.

683) ("Settlement Order"). Pursuant to the Settlement Order, Mississippi Valley Title conditionally

purchased certain tracts of property while allowing the Trustee an opportunity to market and sell the

property. In the event the Trustee obtains an offer for the purchase of certain property, the Settlement

Order provides for the Trustee to file a Motion for Authority to Sell and submit the property for

auction.

5.

The Trustee has received an offer from Community Extended Care Centers, Inc. for the

purchase of Tract 3A. The proposed purchase price is $265,000.00. A copy of the Qualification

Information Sheet and Commercial Purchase and Sale Agreement are attached hereto and marked as

composite Exhibit "1". A diagram of Tract 3 including Tract 3A is attached hereto and marked as

Exhibit "2".

6.

The Trustee requests the Court to authorize the sale of Tract 3A free and clear of liens, interests,

encumbrances and claims (except for real property taxes).

7.

The Trustee requests the Court to approve the sale to Community Extended Care Centers, Inc.

or other qualified buyer willing to pay more. The Trustee further requests the Court to find that

Community Extended Care Centers, Inc. or another qualified buyer to be a good faith purchaser entitled

to the protections of 11 U.S.C. §363(m) of the United States Bankruptcy Code and that there has been

no agreement of the kind specified in §363(n) of the United States Bankruptcy Code.

8.

Pursuant to the Settlement Order, Mississippi Valley Title is entitled to submit competing bids

for the purchase of Tract 3A.

9.

JCE Construction, LLC is the record title holder on Tract 3A. Pursuant to the Settlement Order,

Mississippi Valley Title previously paid $225,144.67 for Tract 3A. Mississippi Valley Title is entitled

to a lien against the sales proceeds in the amount of $225,144.67. Mississippi Valley Title's lien shall

attach to the proceeds at the time of the closing of the sale. Mississippi Valley Title shall be reimbursed

$225,144.67 at the time of the closing of the sale. Any and all proceeds in excess of the payment to

Mississippi Valley Title shall be retained by the JCE Construction, LLC bankruptcy estate.

10.

On May 27, 2010, the Court entered its Order Approving Application to Employ Real Estate

Broker and Approve Listing Agreement - Madison County Property (Docket No. 694), which employed

Brian E. Estes, of The Estes Group, Inc. and Grubbs & Ellis/Sawyer Commercial on behalf of the estate

as a real estate broker for the sale of real property in Madison County, Mississippi. Pursuant to the

Court Order realtors are entitled to a ten percent (10%) commission. The Trustee requests authority to

pay real estate commission at closing.

11.

The Trustee requests the Court to find that his motion is well taken and should be granted. The

Trustee further requests the Court to authorize the Trustee to execute any and all documentation

required to consummate the sale.

WHEREFORE, the Trustee requests to the Court to find that his Motion to Sell Assets Free and

Clear of Liens, Interest, Encumbrances and Claims - Tract 3A is well taken and should be granted.

Respectfully submitted,


By:    s/ Derek A. Henderson
DEREK A. HENDERSON, TRUSTEE &
ATTORNEY FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid, a true and correct copy of the above and foregoing Motion to Sell Assets Free and Clear of Liens, Interest, Encumbrances and Claims - Tract 3A to all creditors and parties in interest listed on the mailing matrix and the following:

Community Extended Care Centers, Inc.
c/o Hibernia Williams
763 Avery Blvd. North
Ridgeland, MS 39157

Brian E. Estes
The Estes Group, Inc.
PO Box 12486
Jackson, MS 39236

This the 17th day of August, 2010.


                                              s/ Derek A. Henderson
                                              DEREK A. HENDERSON

**Derek A. Henderson, MSB #2260**
**111 East Capitol Street**
**Suite 455**
**Jackson, MS 39201**
**(601) 948-3167**
**d_henderson@bellsouth.net**